IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01263-WYD-MJW

STEWART A. MONTEZ,

    Plaintiff(s),

v.

LIBERTY MUTUAL INSURANCE COMPANY,

    Defendant(s).

_____

**ORDER OF DISMISSAL**
_____

    The parties have filed a Stipulation for Dismissal with Prejudice on August 9, 2005.  After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

    ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorney's fees.

Dated:  August 10, 2005

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge